UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH SUCHYTA,

       Plaintiff,                                  Case No. 15-cv-13566

                                                          Paul D. Borman
v.                                                         United States District Judge

STEVEN R. CHUMBLER,

       Defendant.

_____/

ORDER ADMINISTRATIVELY CLOSING CASE DUE TO BANKRUPTCY STAY

The Court has received Notice filed by the Plaintiff that the sole remaining Defendant in this action, Steven R. Chumbler ("Chumbler"), has filed for Chapter 7 Bankruptcy in the United States Bankruptcy Court for the Eastern District of Michigan, Case No. 16-45879.  (ECF No. 20, Notice of Defendant Steven R. Chumbler's Chapter 7 Bankruptcy).  The other Defendants named in this action were dismissed by Orders of the Court entered on January 12, 2016 and March 14, 2016. ECF No. 15 (Order Dismissing Ally Bank Lease) and ECF No. 19 (Order Dismissing Defendants First National Bank of Omaha and Szott M-59 Chrysler Jeep, Inc.).

Chumbler's filing of bankruptcy operates as an automatic stay of all actions or claims against him, such as this action, that arose prior to the filing of the bankruptcy petition.  *See* 11 U.S.C. § 362.  In the interest of effective administration of the court's business, and without prejudice to either party in this action, the Court will administratively close this matter pending termination of the related bankruptcy proceeding.  Accordingly, IT IS ORDERED THAT:

(1) This case is closed for administrative purposes only, without prejudice to either

party;

(2) This administrative closing does not constitute a dismissal or a decision on the merits of Plaintiff's claims against Defendant Steven R. Chumbler; and

(3) The case may be reopened on the motion of any party within 30 days of the removal of the bankruptcy stay.

IT IS SO ORDERED.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: May 10, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 10, 2016.

                                        s/Deborah Tofil
                                        Case Manager